■ HENRY BARTEL et al., Respondents, v GERALDINE LIMA, Appellant. (Appeal No. 3.) [614 NYS2d 360] —Appeal unanimously dismissed without costs *(see, Matter of Neuner v Weyant,* 63 AD2d 290, 297, *appeal dismissed* 48 NY2d 975). (Appeal from Order of Supreme Court, Erie County, Flaherty, J. —Summary Judgment.) Present—Denman, P. J., Green, Balio, Wesley and Davis, JJ.

■ GARY L. ELLIS, Individually and as Administrator of the Estate of ELAINE M. ELLIS, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 79691.) [614 NYS2d 966] — Judgment unanimously affirmed without costs for reasons stated at Court of Claims, NeMoyer, J. (Appeal from Judgment of Court of Claims, NeMoyer, J.—Wrongful Death.) Present—Balio, J. P., Lawton, Callahan, Doerr and Boehm, JJ.